LUIS SANTIAGO RODRIGUEZ
14801-069 4-C
M.D.C. GUAYNABO
P.O. BOX 2147
SAN JUAN, P.R. 00922

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR.

2005 JAN 11 AM 11:40

RECEIVED AND FILED

UNITED STATES OF AMERICA,
plaintiff,

V.

LUIS SANTIAGO RODRIGUEZ
defendant.

CR-97-11 (PG)

(PG)

## MOTION

TO THE HONORABLE COURT:

COMES NOW the above captioned defendant, **Pro-Se** and very respectfully states and prays:

1. That on December 22, 2004 the defendant was re-sentenced to a term to of 84 months pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

2. The defendant was transferred from his designated prison in FCI Miami for the purpose of the reduction of his sentence only and his cooperation with the US Government has ended.

3. The defendant is very respectfully requesting that this Honorable Court and its Judge order the US Marshals for the district of Puerto Rico or the BOP the immediate transfer to his prison designation at FCI Miami. The defendant was studying different courses and will be qualified for the "Halfway House" if he is back to his designation on time, giving him the opportunity, based on his good conduct to be with his family sooner.

4. As this Court is aware this is the District that takes more time to arrange an airlift for the inmates that have been sentenced and it could take up to 6 months before his back in his main designation.

**WHEREFORE,** the defendant requests that the Honorable Court take good consideration, and **GRANT** the defendant's petition and order the immediate transfer of the defendant to his designation.

PAGE 1 OF 2

SINCERELY,

*[signature]*

LUIS SANTIAGO RODRIGUEZ
14801-069    4-C
METROPOLITAN DETENTION CENTER
P.O. BOX 2147
SAN JUAN, P.R. 00922