## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

      **vs.**                                **Case. No.: 97-CR-011-04 (PG)**

**SANTIAGO-RODRIGUEZ, LUIS**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION REQUESTING MODIFICATION OF CONDITIONS

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
SENIOR U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    **COMES NOW, HUMBERTO MARCHAND, U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, Luis Santiago Rodríguez, who on December 22, 2004, received an amended imprisonment sentence of 84 months followed by five years of supervised release for a violating Title 21 U.S.C. section 846.  In addition, he served a concurrent imprisonment term of 120 months on Case No. 97-98-01, imposed by the Honorable Héctor M. Laffitte, Senior U.S. District Judge.  He began his concurrent five-year supervised release term in the Southern District of Florida since March 14, 2006.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    We have received a request for modification of supervised release conditions by his supervising U.S. Probation Officer based on a psychiatric evaluation recommending psychological therapy and medication.  Therefore, we understand that his supervised release conditions should be modified to include a mental health treatment condition.  Mr. Santiago-Rodríguez voluntarily agreed

Santiago-Rodríguez, Luis, Case No. 97-CR-11-04                                    2
Motion Requesting Modification of Conditions

to this modification and as such, he signed Probation Form 49 - Waiver of Hearing to Modify

Conditions of Supervised Release, which is hereby attached.

**WHEREFORE**, in lieu of the aforementioned, it is respectfully requested that the Court

modify the releasee's conditions of supervised release to include mental health treatment as

described in the waiver of hearing form signed by him.

In San Juan, Puerto Rico, this 7th day of July 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Humberto Marchand
U.S. Probation Officer
Federal Office Building, Room 400
150 Chardón Avenue
San Juan, P.R. 00918
787-766-5867
787-766-5945
humberto_marchand@prp.uscourts.gov

Santiago-Rodríguez, Luis, Case No. 97-CR-11-04                                        3
Motion Requesting Modification of Conditions


# CERTIFICATE OF SERVICE


**I HEREBY CERTIFY** that on July 7, 2006, I electronically filed the foregoing motion with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following:   U.S. Attorney's Office and Defense Attorney Esther Castro-Schmidt, Esq.

At San Juan, Puerto Rico, July 7, 2006


s/Humberto Marchand
U.S. Probation Officer
Federal Office Building, Office 400
150 Chardón Avenue
San Juan, P.R.  00918
787-766-5867
787-766-5945
humberto_marchand@prp.uscourts.gov